The Carswell Group, Inc.

_____
By:
Its:

James Abbott

_____
James Abbott

"Defendant's Counsel"

*Michael M. McNamara* (signature)
_____
By: Michael M. McNamara, Esq.

Board of Water Commissioners for
City of Detroit, Water and Sewerage
Department

(signature)
_____
By: Gary Brown
Its: Director

17